UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. 2:12-CR-166-CKD |
| v. | ) | |
| | ) | |
| Sarah Schwartz | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
   (X) Ad Prosequendum          ( ) Ad Testificandum

Name of Detainee:
Detained at (custodian):

Detainee is:   a.)   (x) charged in this district by: ( ) Indictment   (X) Information   ( ) Complaint
           charging detainee with: Delay and Destruction of Mail
    or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
     or   b.)   (x) be retained in federal custody until final disposition of federal charges, as a sentence
           is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

     Signature:          /s/ Nicholas M. Fogg
     Printed Name & Phone No:   Nicholas M. Fogg
     Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
      ( ) Ad Prosequendum          ( ) Ad Testificandum

   The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: July 10, 2012

                 /s/ Kendall J. Newman
                 _____
                 United States District/Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | None | Female |
| Booking or CDC #: | X-3399414 | DOB: 9/7/1983 |
| Facility Address: | Sacramento County Main Jail | Race: White |
| | 651 "I" Street, Sacramento, CA 95814 | FBI #: 227617PD3 |
| Facility Phone: | 916-874-6752 | |
| Currently Incarcerated For: | California Penal Code 602(M) | |

### RETURN OF SERVICE

Executed on  _____   By: _____
                       (Signature)