BENJAMIN B. WAGNER
United States Attorney
NICHOLAS M. FOGG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-CR-00166-CKD |
|---|---|---|
| Plaintiff, | ) ) ) ) ) ) | Order Vacating TCH and Jury Trial, Setting Status Conference, and Excluding Time Under Local Code T4 |
| v. | ) ) | |
| SARAH R. SCHWARTZ, | ) ) ) | DATE: September 13, 2012 TIME: 9:30 a.m. JUDGE: Carolyn K. Delaney |
| Defendant. | ) | |

It is hereby ordered that the Trial Confirmation Hearing set for September 6, 2012 and the Jury Trial Set for September 17, 2012 are VACATED. It is further ordered that a Status Conference is set for September 13, 2012 at 9:30 a.m. Time is excluded from today's date through September 13, 2012 under Local Code T4, as the Court finds that the ends of justice served by setting the Status Conference outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: September 5, 2012 /s/ Carolyn K. Delaney
_____
HON. CAROLYN K. DELANEY
United States Magistrate Judge